November 27, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

FELICITA DEL CARMEN CANAS, AS NEXT FRIEND OF YENIFER
ESTEFANI CANAS ESCOBAR, JAVIER ENRIQUE CANAS ESCOBAR, AND
BEATRIZ ABIGAIL DEL CARMEN CANAS, MINORS, Appellant

NO. 14-11-01055-CV                              V.

CENTERPOINT ENERGY RESOURCES CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee CenterPoint Energy Resources Corporation, signed, September 7, 2011, was heard on the transcript of the record. We have inspected the record and find error in the portions of the trial court's judgment addressing appellant's gross-negligence, intentional-misrepresentation and negligent-misrepresentation claims. We therefore order the portions of the trial court's judgment addressing the gross-negligence claim **REVERSED** and **REMAND** for proceedings consistent with section C of Justice Christopher's opinion.  We further order the portions of the trial court's judgment addressing the intentional-misrepresentation and negligent-misrepresentation claims **REVERSED** and **REMAND** for proceedings consistent with section IV.C. of Chief Justice Frost's opinion. Finding no error in the remainder of the judgment, we order it **AFFIRMED**.  For good cause, we order appellant to pay one-half of all costs incurred in this appeal, and we order appellee to pay one-half of all costs incurred in this appeal.  We further order this decision certified below for observance.